UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TALIA MARINO, | § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:19–CV–00082 |
| ROYAL CARIBBEAN CRUISES LTD., | § § § | |
| Defendant. | § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 30, 2019, Defendant Royal Caribbean Cruises Ltd.'s Opposed Motion to Compel Arbitration (Dkt. 12) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 18. On December 23, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 22) recommending that Defendant Royal Caribbean Cruises Ltd.'s Opposed Motion to Compel Arbitration (Dkt. 12) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 22) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant Royal Caribbean Cruises Ltd.'s Opposed Motion to Compel Arbitration (Dkt. 12) is **GRANTED**.

It is so **ORDERED**.

SIGNED on Galveston Island on this 5th day of February, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE